**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**


| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>              Plaintiff, )<br><br>    vs. )<br><br>DEON BUCKNER, )<br><br>            Defendant. )<br>_____) | Case No. 05-40038-JAR |

**MEMORANDUM AND ORDER
DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION**

This matter is before the Court on Defendant Deon Buckner's Motion for Early

Discharge from Supervised Release (Doc. 35). The Court has thoroughly reviewed the

Defendant's motion and consulted with the United States Probation Officer assigned to supervise

Defendant, and, for the following reasons, denies the motion.

Defendant was convicted in this Court of distribution of cocaine base and was sentenced

to a term of 96 months of custody, later reduced to 77 months, and a 3 year term of supervised

release. In a separate case, he was convicted of possession with intent to distribute

approximately 12.81 grams of a mixture containing cocaine base and was sentenced to 60

months custody and 4 years supervised release. Defendant commenced supervised release in

February 2011.

The United States Probation Office believes that early termination is inappropriate at this

time, given his attitude during evaluation for substance abuse counseling services and

Defendant's criminal history.  Given this recommendation, the serious nature of the offense, the length of the term of supervised release and Defendant's unexceptional course of supervision, this Court finds no cause to terminate supervised release at this time.

**IT IS THEREFORE ORDERED** that the Defendant's motion for early discharge of supervised release is DENIED.

Dated: January 28, 2013

S/ Julie A. Robinson

JULIE A. ROBINSON

UNITED STATES DISTRICT JUDGE